**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DAVID M. DAVID,

Petitioner,

v.

ERIC H. HOLDER, Jr., Attorney General,

Respondent.

No. 12-73726

Agency No. A096-496-919

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 18, 2014[**]

Before: ALARCÓN, O'SCANNLAIN, and FERNANDEZ, Circuit Judges.

David M. David, a native and citizen of Indonesia, petitions for review of

the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's decision denying his application for withholding of removal.

We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence

---

[*] This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

the agency's factual findings. *Wakkary v. Holder*, 558 F.3d 1049, 1056 (9th Cir. 2009). We deny the petition for review.

David claims he will more likely than not face future persecution in Indonesia. Substantial evidence supports the agency's determination that, even under a disfavored group analysis, David failed to show sufficient individualized risk to establish it is more likely than not he would be persecuted if removed to Indonesia. *See Halim v. Holder*, 590 F.3d 971, 978-79 (9th Cir. 2009); *see also Wakkary,* 558 F.3d at 1066 ("[a]n applicant for withholding of removal will need to adduce a considerably larger quantum of individualized-risk evidence to prevail than would an asylum applicant"). We reject David's contention that the agency ignored his arguments related to imputed political opinion. The record does not compel the conclusion that Chinese Christians face a pattern and practice of persecution in Indonesia. *See Wakkary*, 558 F.3d at 1061. Accordingly, David's withholding of removal claim fails.

**PETITION FOR REVIEW DENIED.**

12-73726